| | |
|---|---|
| In Re:<br><br>Christina Crispell – Welch            SSN/TaxID:     xxx–xx–5722<br>    xref Crispell, Welch, xref Christina Crispell Welch<br>Debtor(s) | Case No.: 2–09–20035<br>Chapter: 7 |

# CASE OPENING DEFICIENCY NOTICE

**The following case opening deficiencies are noted and must be promptly corrected by the debtor(s):**

[ ]     The Certificate of Credit Counseling [ ] is missing or [ ] incorrect form used. **DO NOT USE FORM 23**

[ ]     On Form 1, Exhibit D, [ ] Box 3 [ ] Box 4 has been checked. However, an accompanying Motion/Notice of Motion has not been filed.

[ ]     The document checked below <u>must</u> be filed separately. DO NOT FILE THESE DOCUMENTS AS PART OF THE PETITION.
- [ ] Certificate of Credit Counseling **(BANKRUPTCY > OTHER > CERTIFICATE OF CREDIT COUNSELING)**
- [ ] Chapter 7 Means Test (Form 22A) **(BANKRUPTCY > OTHER > CHAPTER 7 MEANS TEST)**
- [ ] Chapter 13 Statement of Monthly and Disposable Income (Form 22 C) **(BANKRUPTCY > OTHER > CHAPTER 13 STATEMENT OF CURRENT MONTHLY AND DISPOSABLE INCOME)**
- [ ] Chapter 13 Plan **(BANKRUPTCY > PLAN > CHAPTER 13 PLAN)**

[ ]     The debtor(s)' name(s) entered into CM/ECF does not coincide with the debtor(s)' name(s) displayed on the PDF file of the petition.

[ ]     Caption fails to specify aka/fka/dba/fdba for other names used by the debtor(s).

[ ]     Chapter 13 plan is missing and must be entered as follows: **BANKRUPTCY > PLAN > CHAPTER 13 PLAN**.

[ X ]     Creditor names and addresses were not uploaded or filed. E–filers must upload the .TXT file as follows: **BANKRUPTCY > CREDITOR MAINTENANCE > UPLOAD A CREDITOR MATRIX FILE.** Pro se filers must file in paper form to be scanned. **\*\*\* As a result, service of the Notice of Meeting of Creditors must be made by the filer upon all creditors. A certificate of service must be filed with the Court \*\*\***

[ ]     The last four digits of the debtor(s)' social security number(s) on the petition do not coincide with the number(s) entered in CM/ECF. **FORM B21, THE STATEMENT OF DEBTOR(S)' SOCIAL SECURITY NUMBER(S) MUST BE MAILED TO THE COURT. DO NOT E–FILE THIS DOCUMENT.**

[ ]     The electronic signature (/S/ Names) is missing from the following:

[ ]     The current version of Official Forms was not used.

[ ]     Corporate Ownership Statement [ ] is missing or [ ] Other:

[ ]     Attorney Disclosure Statement [ ] is missing or [ ] Other:

[ ]     Other:

The current version of the following Official forms, statements and/or schedules must be filed as required by Rule 1007.

| | |
|---|---|
| [ ] Voluntary Petition (Form 1) | [ ] Schedule F – Unsecured Nonpriority Claims (Form 6F) |
| [ ] Exhibit D (Form 1) | [ ] Schedule G – Executory Contracts (Form 6G) |
| [ ] Summary of Schedules (Form 6–Summary) | [ ] Schedule H – Codebtors (Form 6H) |
| [ ] Statistical Summary of Certain Liabilities (Form 6–Statistical Summary) | [ ] Schedule I – Current Income (Form 6I) |
| [ ] Declaration Concerning Debtor's Schedules (Form 6–Declaration) | [ ] Schedule J – Current Expenditures (Form 6J) |
| [ ] Schedule A – Real Property (Form 6A) | [ ] Statement of Financial Affairs (Form 7) |
| [ ] Schedule B – Personal Property (Form 6B) | [ ] Chapter 7 Individual Debtor's Statement of Intention (Form 8) |
| [ ] Schedule C – Property Claimed Exempt (Form 6C) | [ ] Official Form 22A – Chapter 7 Means Test |
| [ ] Schedule D – Secured Claims (Form 6D) | [ ] Official Form 22C – Chapter 13 Monthly &Disposable Income |
| [ ] Schedule E – Unsecured Priority Claims (Form 6E) | |

The debtor(s)' must comply with all filing requirements for documents and/or information as set forth in the Bankruptcy Code and Bankruptcy Rules. Please contact the Clerk's office if you have any questions.

Dated: January 7, 2009                                             Paul R. Warren
                                                                               Clerk, U.S. Bankruptcy Court

                                                                               By:   M. Schwenk
                                                                                    Deputy Clerk

**Form defyBK**
Doc 1